No. 677.   BARNES *v.* BOYD ET AL.   294 U. S. 723.   April 15, 1935.   Petition for rehearing denied.

No. 679.   BUCHANAN ET AL. *v.* UNITED STATES.   294 U. S. 723.   April 15, 1935.   Petition for rehearing denied.

No. 688.   GREEN *v.* CLEVELAND, CINCINNATI, CHICAGO & ST. LOUIS RY. CO.   294 U. S. 715, 734.   April 29, 1935. Motion for leave to file second petition for rehearing denied.

No. 412.   PANHANDLE EASTERN PIPE LINE CO. *v.* KANSAS HIGHWAY COMMISSION.   294 U. S. 613.   April 29, 1935.   Petition for rehearing denied.

No. 454.   STEWART DRY GOODS CO. *v.* LEWIS ET AL.;
No. 455.   LEVY ET AL. *v.* SAME;
No. 456.   J. C. PENNEY CO. *v.* SAME; and
No. 457.   KROGER GROCERY & BAKING CO. *v.* SAME. 294 U. S. 550.   April 29, 1935.   Petition for rehearing denied.

No. 766.   HIRSCH ET AL. *v.* UNITED STATES.   *Ante,* p. 739.   May 6, 1935.   Petition for rehearing denied.

No. 201 (October Term, 1925).   MORSE *v.* UNITED STATES.   270 U. S. 151.   May 13, 1935.   Motion for leave to file petition for rehearing denied.

No. 758.   CUNNINGHAM *v.* UNITED STATES.   *Ante,* p. 736.   May 13, 1935.   Petition for rehearing denied.

No. 788.   GENERAL CONSTRUCTION CO. *v.* FISHER ET AL.   *Ante,* p. 715.   May 13, 1935.   Petition for rehearing denied.